# EXHIBIT B

## ATTORNEY REPRESENTATION AGREEMENT

I, _____Michael Rosnak_____

the undersigned client ("I"), do hereby retain, employ and enter into this Attorney Representation Agreement ("the Agreement") with Joshua M. Ambush, Esquire and Joshua M. Ambush, LLC, 1726 Reisterstown Road, Suite 206, Baltimore, Maryland 21208 ("the Ambush Law Firm" or "My Attorneys"), for my claim(s) against the Islamic Republic of Iran ("the Defendant") for its material support of the terrorist attack against the military housing complex known as Khobar Towers, situated in Khobar, Saudi Arabia, on June 25, 1996, that resulted in the wrongful death and/or injury of the undersigned ("My Claims").

**STATUTE OF LIMITATIONS MAY HAVE PASSED; NO GUARANTEED OUTCOME OR FINANCIAL RESULT; RIGHT TO CANCEL AGREEMENT.**

1.  I have been expressly advised by the Ambush Law Firm, and I understand, that the Statute of Limitations governing my right to sue the Defendant in this action, pursuant to the Foreign Sovereign Immunities Act as amended ("FSIA"), may have passed on June 25, 2006, and that my right to sue under the FSIA may actually be barred. Notwithstanding the possible expiration of the Statute of Limitations, I wish to proceed with legal action against the Defendant under the FSIA, despite the possibility that My Claim may be subject to dismissal. This legal action shall hereinafter be referred to as **"the Lawsuit."**

2.  I understand and agree that the Ambush Law Firm has made no promise or guarantee to me concerning the outcome of the Lawsuit or any financial recovery resulting from the Lawsuit, whether by judgment, settlement, or otherwise.

3.  I understand and agree that I have not entered into this Agreement with the expectation or promise of any particular outcome or financial result.

4.  I understand that the Ambush Law Firm has made no promises or guarantees regarding the outcome of My Claim. I understand and agree that the Ambush Law Firm will investigate My Claim and, if after so investigating, My Claim does not appear to have merit, then my the Ambush Law Firm shall have the right to cancel this agreement and withdraw from the case, subject to any applicable ethical requirements.

**LIMITED WAIVER OF POTENTIAL CONFLICTS OF INTEREST/CONFIDENTIALITY.**

5.  I further understand and agree that I am currently one of other clients or potential clients of the Ambush Law Firm who have or may have claims relevant to the Lawsuit and who may join as Co-Plaintiffs in the Lawsuit. I also understand and agree that the Ambush Law Firm represents other clients who have already or who will in the future bring legal action against the Defendant. Hereinafter, these clients shall be referred to as **"the Further Clients."**

6.  I understand and agree that the Ambush Law Firm has the right to represent Further Clients in the Lawsuit and in any other cases against the Defendant. I recognize and understand that differences between clients may exist or become evident during the course of my representation. Notwithstanding these possibilities, I understand and

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208

agree that it is in my best interest to have the Ambush Law Firm represent me and any Further Clients in connection with the Lawsuit.

7. Accordingly, this confirms my agreement that the Ambush Law Firm may represent me jointly with any Further Clients. *N ſL* (Initial)

8. I also confirm that I have agreed to waive any conflict of interest arising out of the Ambush Law Firm's representation of Further Clients and me. I will not object to any joint representation as described in paragraphs five (5) through seven (7).

9. I further understand and agree that the Ambush Law Firm may freely convey necessary information provided by me, or to me to any Further Client, and that there will be no secrets as between myself, and/or any Further Client unless I expressly request so in writing.

10. I understand and agree that in the event a dispute arises between me and any Further Clients and/or with the Ambush Law Firm, and any client withdraws from the case, the Ambush Law Firm will not have to withdraw from representing any of its other clients.

11. I understand and agree that the limited joint representation described herein does not constitute a waiver of the release of any attorney work product, attorney client privileged information, or confidential information to any third party.

**THE AMBUSH LAW FIRM'S SCOPE OF REPRESENTATION; EXPENSES.**

12. I understand and agree that the Ambush Law Firm will be hired solely to bring the Lawsuit against the Defendant under the Foreign Sovereign Immunities Act in the United States District Court for the District of Columbia and/or to represent me in any administrative proceedings relating to My Claims/the Lawsuit. I understand and agree that a lawsuit filed under the Foreign Sovereign Immunities Act normally results in a default judgment against the Defendant after an ex parte evidentiary hearing.

13. I understand and agree that the scope of representation herein does not include the representation in the establishment of an Estate; the filing of any claim for worker's compensation coverage, any claim for any other state or federal employee benefits, or other terrorism-related legal claim I may have against the Defendant or any other third party.

14. I understand and agree that the Ambush Law Firm will not provide me legal advice regarding estate planning or tax law relating to any financial recovery I may obtain from any lawsuit.

15. I empower the Ambush Law Firm to take all steps deemed by them to be advisable, including hiring expert witnesses, investigators, and/or other attorneys and filing any legal action necessary. I specifically authorize the Ambush Law Firm to associate with co-counsel if the Ambush Law Firm believe it is advisable or necessary for the handling of My Claims, and expressly authorize the Ambush Law Firm to divide any attorneys' fees that may eventually be earned with co-counsel so associated. I understand that the amount of attorney's fees which I pay will not be increased by the work of co-counsel if associated to assist with the handling of My Claim.

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208

16. I further empower the Ambush Law Firm to represent me before legislative bodies, and before the media, should it be deemed necessary to do so.

17. I agree to fully cooperate with the Ambush Law Firm. Neither the Ambush Law Firm, nor I, will settle this case without the other's approval.

18. I understand that the Ambush Law Firm will be responsible for, and will pay upfront reasonable expenses incurred on my behalf in this action, including filing fees, service of process fees, translations, medical records fees, court reporter expenses, investigation expenses, photographs and photo-reproduction expenses, expert witness fees, and reasonable travel expenses.

**ATTORNEYS' FEES AND EXPENSES.**

19. I agree to pay from the proceeds of recovery the attorneys' fees and expenses as follows:

A. THIRTY THREE AND A THIRD PERCENT (33 1/3%) from EACH party of whatever may be recovered, whether from pre-trial settlement, post-trial collection, appeal or otherwise. In addition, I agree to reimburse all reasonable, case-related expenses incurred by the Ambush Law Firm on my behalf, including, without limit, translations, expert witness expenses, court filing expenses, and medical record retrieval expenses, and courier expenses, as may be necessary in pursuit of my case and/or the Lawsuit, which shall be deducted from any sums due to me by the Ambush Law Firm to reimburse the Firm or to pay the creditors involved directly. In no event shall the amount of the expenses exceed the amount of the recovery;

OR

B. In the event that, upon obtaining a Final Judgment, I assert a claim to the US Victims' State Sponsored Terrorism Fund (USVSSTF), TWENTY FIVE PERCENT (25%) inclusive of expenses from EACH PARTY of whatever may be recovered.

20. I agree and understand that my engagement of the Ambush Law Firm is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my attorneys for attorneys' fees, case-related expenses or any sum whatsoever.

21. In the event a structured settlement is agreed upon, my fees shall be paid on a prorated basis over the course of the structured recovery. I understand and agree that this does not defeat any right to recovery of attorneys' fees/expenses as outlined in paragraphs 19(A) through 19(B).

22. If a court supervised settlement or state or federal law dictates a different attorney's fee, the fee set by the court or state or federal law will be the attorney's fee for the resolution of My Claim, however, such fee shall not exceed the terms herein.

23. If recovery is made through settlement, litigation or claim, I will be liable for any expenses related to this representation, up to the amount of any recovery, unless

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208

recovery of expenses is proscribed by anybody with authority to enforce its determination on the parties to this agreement.

**CONFIDENTIALITY.**

24. In order not to compromise my attorney's strategy in pursuing this matter, I agree that I will not communicate with the press or counsel representing the defendant or counsel representing similarly situated plaintiffs in competing claims on the subject matter or status of this lawsuit without the knowledge and approval of the Ambush Law Firm.

**GOVERNING LAW.**

25. I understand and agree that any dispute arising from the Agreement shall be governed solely by Maryland law. I understand that this agreement is governed by the Maryland Rules of Professional Conduct.

**GOVERNING FORUM.**

26. I understand and agree that in the event there are any disputes concerning this agreement or the services rendered to me, such disputes will be arbitrated in Baltimore, Maryland in accordance with the rules of the American Arbitration Association. Any award will be enforced in any court of competent jurisdiction.

**ENTIRE AGREEMENT.**

27. I understand and agree that the Agreement constitutes the entire agreement between the Ambush Law Firm and me.

**CHANGES TO THE AGREEMENT.**

28. I understand and agree that the Agreement may only be amended in a writing signed both the Ambush Law Firm and me.

**FILES.**

29. I understand that my file will remain in the possession of the Ambush Law Firm for a period of six (6) years after the conclusion or resolution of my case. After that time, the Ambush Law Firm may dispose of my file, absent a request by me for the written materials contained therein.

**SEVERABILITY.**

30. If any provision of the Agreement is held illegal or unenforceable in a judicial proceeding, that provision will be severed and will be inoperative, and, provided that the fundamental terms and conditions of the Agreement (including, without limitation, the provisions concerning Attorney's Fees and Expenses and the Ambush Law Firm's Scope of Representation) remain legal and enforceable, the remainder of the Agreement will remain operative and binding on the parties to the Agreement.

I, by my notarized signature signed below, further indicate, understand, and agree that:

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208

A.  I have received a copy of the Agreement.

B.  The Ambush Law Firm may represent me jointly with Further Clients.

C.  The Ambush Law Firm is able to represent me jointly with Further Clients since I have waived any conflict of interest/confidentiality.

D.  Since this is a joint Representation Agreement, there is no expectation of privacy or confidentiality between Me, the Ambush Law Firm, and any other clients.

E.  I/ HAVE READ AND FULLY UNDERSTAND THE ABOVE AGREEMENT AND HEREBY ACCEPT IT UPON ITS STATED TERMS.

Each party may execute this contract in counterparts, each of which is deemed an original and all of which constitute only one agreement.

_MICHAEL  ROSVAK_
**Printed Name**

_____    _2/21/17_
**Signature**                                                          **Date**

_9  SHADY MILL LN, MILFORD NJ 08848 FLYINGELVIS@OPTONLINE.NET_
**Address**                                                         **Email**

_202-341-6227_
**Phone Number(s)**

Subscribed and sworn to before me, this _21st_ day of _February_, 2016. 2017

> JOSEPH L. VARCADIPANE
> Notary Public, State of New Jersey
> My Commission Expires
> June 09, 2021

**[Printed Name of Notary]**

_____
**[Signature of Notary]**

NOTARY PUBLIC

My commission expires on: _____ 6.9.2021 _____

[Notary Seal:]

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208



THE ABOVE AGREEMENT IS HEREBY ACCEPTED ON THE TERMS STATED. IN ADDITION, I AGREE THAT NO SETTLEMENT WILL BE MADE WITHOUT THE CONSENT OF THE CLIENTS NAMED IN THIS AGREEMENT.

_____          2/23/17
Joshua M. Ambush, Esquire                Date
The Law Offices of Joshua M. Ambush, LLC

JOSHUA M. AMBUSH
ATTORNEY AT LAW
1726 REISTERSTOWN ROAD
SUITE 206
BALTIMORE, MD 21208

Page **6** of **6**