**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

JOSHUA M. AMBUSH, LLC, *et al.*

       Petitioners,

v.

ELVIS J. RUSNAK,

       Respondent.

Civil Action No. 1:26-cv-01247-CKK

# [PROPOSED] ORDER

Before the Court is Respondent Elvis J. Rusnak's motion under the first-to-file rule and 28 U.S.C. § 1404(a) for an order: (a) dismissing this action under the first-to-file rule; (b) in the alternative, transferring this action to the United States District Court for the District of Maryland; or (c) in the alternative, staying this action pending resolution of the prior-filed action in the District of Maryland.

In light of the foregoing, and for the reasons stated in Respondent's motion, the Court **GRANTS** Respondent's motion. This action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge