**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

JOSHUA M. AMBUSH, LLC, *et al.*

        Petitioners,

v.

ELVIS J. RUSNAK,

        Respondent.

Civil Action No. 1:26-cv-01247-CKK

## [PROPOSED] ORDER

Before the Court is Respondent Elvis J. Rusnak's motion for an immediate stay pending resolution of Mr. Rusnak's motion under the first-to-file rule and to transfer under 28 U.S.C. § 1404(a).

In light of the foregoing, and for the reasons stated in Respondent's motion, the Court **GRANTS** Respondent's motion.

This action is hereby immediately stayed pending resolution of Respondent Elvis J. Rusnak's motion under the first-to-file rule and to transfer under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: _____

 

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge