**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSHUA M. AMBUSH, LLC and          )
JOSHUA M. AMBUSH,                   )
                Petitioners,          )
                            )          Case No. 1:26-cv-01247-CKK
v.                                  )
                            )
ELVIS J. RUSNAK                     )
                Respondent.          )
_____)

**PETITIONERS' NOTICE REGARDING AMENDED PETITION TO VACATE**

Petitioners Joshua M. Ambush, LLC and Joshua M. Ambush (collectively, "Ambush"), by and through undersigned counsel, respectfully submit this Notice in response to the Court's Minute Order of May 29, 2026.

1.　　On May 21, 2026, Petitioners filed an Amended Petition to Vacate Arbitration Award [ECF 7]. The filing cited Federal Rule of Civil Procedure 15(a)(1)(B) as the basis for amendment as a matter of course. Petitioners did not file a separate motion for leave to amend.

2.　　By Minute Order dated May 29, 2026, the Court denied the Amended Petition, correctly noting that Rule 15(a)(1)(B) does not apply under the present circumstances because Respondent has not filed a responsive pleading and Respondent's pending Motion to Dismiss [ECF 4] is not a motion under Rule 12(b), (e), or (f).

3.　　Petitioners respectfully acknowledge the Court's ruling. The filing of the Amended Petition was not intended to disregard the Court's May 4, 2026 Order staying deadlines or to circumvent the procedural requirements of the Federal Rules of Civil Procedure. Petitioners understood the stay to apply to response deadlines rather than to preclude all filings, and recognize the Court's clarification.

4.      Petitioners do not intend to seek leave to amend under Rule 15(a)(2) at this time. The pending Motion to Dismiss raises threshold questions of jurisdiction and venue that may determine the forum in which this matter proceeds. Related jurisdictional and procedural motions are also pending before the United States District Court for the District of Maryland in *Rusnak v. Joshua M. Ambush*, LLC, No. 1:26-cv-01262-JRR. Petitioners respectfully submit that the most efficient course is to defer any request for leave to amend until after the Court has ruled on the Motion to Dismiss and the procedural posture of both proceedings is clarified.

5.      Petitioners remain prepared to seek leave to amend promptly should the Court find it appropriate to proceed on the merits in this forum.

Dated: June 1, 2026

Respectfully submitted,

*/s/ John M. Shoreman*
John M. Shoreman
McFADDEN & SHOREMAN
1701 Pennsylvania Ave, NW
Suite 200
Washington, DC 20036
(571) 296-8450
jms@mcfaddenshoreman.com

*Attorney for Petitioners*