AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | |
|---|---|
| JOSHUA M. AMBUSH, LLC and JOSHUA M. AMBUSH<br>*Plaintiff*<br>v.<br>ELVIS J. RUSNAK<br>*Defendant* | )<br>)<br>)    Case No.    1:26-cv-01247-CKK<br>)<br>) |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioners Joshua M. Ambush, LLC and Joshua M. Ambush                                                    .

Date:    07/10/2026

/s/ Matthew D. McGill
*Attorney's signature*

Matthew D. McGill
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue, NW Suite 900
Washington, DC 20006
*Address*

mmcgill@kslaw.com
*E-mail address*

(202) 626-2644
*Telephone number*

(202) 626-3737
*FAX number*