**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA M. AMBUSH, LLC and<br>JOSHUA M. AMBUSH<br><br>　　　Petitioners,<br><br>v.<br><br>ELVIS J. RUSNAK,<br><br>　　　Respondent. | )<br>)<br>)<br>)<br>)　　Case No. 1:26-cv-01247-CKK<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONSENT TO TRANSFER

　　Petitioners Joshua M. Ambush, LLC and Joshua M. Ambush (collectively, "Petitioners"), by and through counsel, respectfully submit this notice of consent to transfer this action to the District Court of Maryland, *Rusnak v. Ambush*, No. 1:26-cv-01262-JRR (D.Md.), where Respondent Elvis J. Rusnak's competing motion to confirm is currently pending. Transfer will ensure that Petitioners' timely filed petition for vacatur is considered in parallel with Rusnak's motion, which turns on the same issues. Counsel for Petitioners has conferred with Rusnak's counsel, who opposes this request. But as Rusnak himself acknowledged in his pending motion to dismiss or, in the alternative, transfer, transfer will facilitate judicial efficiency and avoid the risk of inconsistent judgments. *See* ECF 4 at 7-11.

　　Accordingly, Petitioners respectfully request that this Court transfer this action to the District of Maryland under 28 U.S.C. § 1404(a).

Dated: July 13, 2026

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: matthew.mcgill@kslaw.com

*Counsel for Petitioners*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of July 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

**Robert Abraham Braun**
COHEN, MILSTEIN, SELLERS & TOLL
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
Email: rbraun@cohenmilstein.com

*Counsel for Respondent*

<u>*/s/ Matthew D. McGill*</u>
Matthew D. McGill

*Counsel for Petitioners*

3