**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA M. AMBUSH, LLC, *et al.*,<br><br>　　　　Petitioners,<br><br>v.<br><br>ELVIS J. RUSNAK,<br><br>　　　　Respondent. | Civil Action No. 26-1247 (CKK) |

**ORDER**
(July 23, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Respondent's [4] Motion to Dismiss is **GRANTED** and this case is **DISMISSED**

without prejudice.

**SO ORDERED.**

**Dated:**  July 23, 2026

　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge

*This is a final appealable Order.*

1