**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA M. AMBUSH, LLC, *et al.*,<br>Petitioners,<br>v.<br>ELVIS J. RUSNAK,<br>Respondent. | Civil Action No. 26-1247 (CKK) |

**ORDER**
(September 2, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Petitioners' [16] Motion to Alter Judgment is **DENIED**.

**SO ORDERED.**

Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge