**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSHUA M. AMBUSH, LLC, *et al.*,<br><br>*Petitioners,*<br><br>v.<br><br>ELVIS J. RUSNAK,<br><br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cv-01247 (CKK) |

**PETITIONERS' NOTICE OF APPEAL**

Notice is hereby given this 4th day of September, 2026, that Petitioners Joshua M. Ambush, LLC and Joshua M. Ambush hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court and accompanying Memorandum Opinion entered on July 23, 2026 (ECF Nos. 14, 15) in favor of Respondent Elvis J. Rusnak against said Petitioners, and from any and all other orders, decisions, rulings, findings, stipulations, and conclusions underlying, relating to, or having merged into that judgment, including but not limited to the Court's Order and Memorandum Opinion denying Petitioners' Motion to Alter the Judgment (ECF Nos. 19, 20).

Dated: September 4, 2026

Respectfully submitted,

*/s/ Matthew D. McGill*

Matthew D. McGill
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: matthew.mcgill@kslaw.com

*Counsel for Petitioners Joshua M. Ambush, LLC and Joshua M. Ambush*